## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered: March 19, 2015                    519461
_____

In the Matter of the Claim of
    JAMES E. BOYNTON,
                        Appellant.
                                          MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   January 20, 2015

Before:   Peters, P.J., McCarthy, Rose and Devine, JJ.

_____

        James E. Boynton, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Dawn
A. Foshee of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed March 4, 2014, which denied claimant's application
to reopen a prior decision.

        Decision affirmed.   No opinion.

        Peters, P.J., McCarthy, Rose and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court